**Derek JARVIS, Plaintiff—Appellant,**

v.

**FEDEX OFFICE & PRINT SER-
VICES, INCORPORATED,
Defendant—Appellee.**

No. 09–1299.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 23, 2009.

Derek Jarvis, Appellant Pro Se. David
Samuel Panzer, Eric C. Rowe, Greenberg
Traurig, LLP, Washington, DC, for Appel-
lee.

Before TRAXLER, Chief Judge,
NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Derek Jarvis appeals the district court's
order dismissing his civil action. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Jarvis v.
FedEx Office & Print Serv.*, No. 8:08–cv–
01694–DKC (D.Md. Mar. 10, 2009). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*